LILLIE J. EARLE, Respondent, *v.* GEORGE H. ROBINSON, as Trustee, et al., Appellants.

*Earle* v. *Robinson*, 91 Hun, 363, affirmed.
(Argued October 6, 1898; decided October 25, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered December 26, 1895, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George M. Pinney, Jr.* and *Aaron C. Thayer* for appellants.

*A. J. Dittenhoefer* and *David Gerber* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not sitting.

———

CATHARINE MANNING, Respondent, *v.* THE ATLANTIC AVENUE RAILROAD COMPANY, Appellant.

*Manning* v. *Atlantic Ave. R. R. Co.*, 91 Hun, 279, affirmed.
(Submitted October 7, 1898; decided October 25, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered December 4, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Eugene Lamb Richards, Jr.,* for appellant.

*F. L. Backus* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.